IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PRICE,<br>        Petitioner,<br>  vs.<br>ROBERT AYERS, Warden,<br>        Respondent. | No C 06-4775 VRW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Doc # 17) |

       On April 11, 2007, the post office returned mail from the court to plaintiff as not deliverable.

       Because more than 60 days have passed since the court's mail to plaintiff was returned and plaintiff has submitted no written communication indicating a current mailing address, the case is DISMISSED without prejudice pursuant to Civil Local Rule 3-11(b).

       The clerk shall close the file and terminate all pending motions (see, eg, doc # 17) as moot.

       SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge